UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>SFR INVESTMENTS POOL 1, LLC, *et al*.,<br><br>　　　　　　　　　　　　Defendants. | Case No.  2:16-cv-2804-JCM-GWF<br><br>ORDER |

　　　　Presently before the court is defendant SFR Investments Pool 1 LLC's demand for security of costs against plaintiff U.S. Bank National Association.[1]  (ECF No. 7).

　　　　"When a plaintiff in an action resides out of the State, or is a foreign corporation, security for the costs and charges which may be awarded against such plaintiff may be required by the defendant . . . ." Nev. Rev. Stat. § 18.130.  Further, "[i]t is the policy of the United States District Court for the District of Nevada to enforce the requirements of [Nevada Revised Statute ("NRS") §] 18.130 in diversity actions."  *Feagins v. Trump Org.*, 2012 WL 925027 (D. Nev. 2012) (citing *Hamar v. Hyatt Corp.*, 98 F.R.D. 305, 305–6 (D. Nev. 1983); *Arrambide v. St. Mary's Hosp., Inc.*, 647 F.Supp. 1148, 1149 (D. Nev. 1986)).

　　　　In its complaint, plaintiff states that it "is a national banking association whose main office is located in Cincinnati, Ohio. For diversity purposes, [plaintiff] is a citizen only of Ohio." (ECF No. 1 at 2).

---

[1] Plaintiff appears as Trustee for the Holders of the First Franklin Mortgage Loan Trust Mortgage Pass-Through Certificates, Series 2006-FF2.  (ECF No. 1).

This court finds that defendant properly invokes NRS 18.130. Pursuant to that statute, plaintiff is to deposit $500.00 with the clerk of court for "costs and charges as may be awarded" in this case. Nev. Rev. Stat. § 18.130.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant's demand for security costs, (ECF No. 7) be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that plaintiff shall post a cost bond in the amount of $500.00 or make a cash deposit of $500.00 as to SFR Investments Pool 1, LLC within seven (7) days of the entry of this order.

DATED THIS 27th day of February, 2017.

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE

2