1   Joel E. Tasca
    Nevada Bar No. 14124
2   Justin A. Shiroff
    Nevada Bar No. 12869
3   BALLARD SPAHR LLP
    100 North City Parkway, Suite 1750
4   Las Vegas, Nevada 89106
    Telephone: (702) 471-7000
5   Facsimile: (702) 471-7070
    tasca@ballardspahr.com
6   shiroffj@ballardspahr.com

7   *Attorneys for Plaintiff U.S. Bank*
    *National Association, as Trustee for*
8   *the Holders of the First Franklin*
    *Mortgage Loan Trust Mortgage*
9   *Pass-Through Certificates, Series*
    *2006-FF2*

10

11            **UNITED STATES DISTRICT COURT**

12                  **DISTRICT OF NEVADA**

13   U.S. BANK NATIONAL ASSOCIATION,
     AS TRUSTEE FOR THE HOLDERS OF         Case No.  2:16-cv-02804
14   THE FIRST FRANKLIN MORTGAGE
     LOAN TRUST MORTGAGE PASS-
15   THROUGH CERTIFICATES, SERIES
     2006-FF2,                             **STIPULATION AND ORDER TO**
16                                         **EXTEND TIME FOR U.S. BANK TO**
                   Plaintiff,              **RESPOND TO LEGACY VILLAGE**
17                                         **PROPERTY OWNERS**
     vs.                                   **ASSOCIATION'S MOTION TO**
18                                         **DISMISS**
     SFR INVESTMENTS POOL 1, LLC, a
19   Nevada limited liability corporation; and
     LEGACY VILLAGE PROPERTY
20   OWNERS ASSOCIATION, a Nevada non-
     profit corporation,
21
                   Defendants.
22

23

24        On February 22, 2017, Legacy Village Property Owners Association (the

25   "Association") filed its Motion to Dismiss U.S. Bank, N.A.'s Complaint (the "Motion").

26   The deadline for Plaintiff U.S. Bank National Association, as Trustee for the Holders

27   of the First Franklin Mortgage Loan Trust Mortgage Pass-Through Certificates,

28   Series 2006-FF2 ("U.S. Bank") to respond to the Motion was March 8, 2017.  U.S.

BALLARD SPAHR LLP
100 NORTH CITY PARKWAY, SUITE 1750
LAS VEGAS, NEVADA 89106
(702) 471-7000 FAX (702) 471-7070

Bank and the Association stipulate and agree that U.S. Bank has up to and including March 22, 2017 to respond to the motion to dismiss. The parties submit this stipulation in good faith and not for purposes of delay.

Dated: March 10, 2017.

Ballard Spahr LLP                                   Gordon & Rees LLP


By: /s/ Justin A. Shiroff                           By: /s/ T. Chase Pittsenbarger
Joel E. Tasca                                       Sean L. Anderson
Nevada Bar No. 14124                                Nevada Bar No. 7259
Justin A. Shiroff                                   T. Chase Pittsenbarger
Nevada Bar No. 12869                                Nevada Bar No. 13740
100 North City Parkway, Suite 1750                  8945 W. Russell Road, Suite 330
Las Vegas, Nevada 89106                             Las Vegas, Nevada 89148

*Attorneys for Plaintiff*                           *Attorneys for Legacy Village Property*
                                                    *Owners Association*


**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE

Dated: March 14, 2017

BALLARD SPAHR LLP
100 NORTH CITY PARKWAY, SUITE 1750
LAS VEGAS, NEVADA 89106
(702) 471-7000 FAX (702) 471-7070

DMWEST #16244078 v2

**CERTIFICATE OF SERVICE**

Pursuant to F.R.C.P. 5(b), I hereby certify that, on March 10, 2017, I caused a true and correct copy of the foregoing **STIPULATION AND ORDER TO EXTEND TIME FOR U.S. BANK TO RESPOND TO LEGACY VILLAGE PROPERTY OWNERS ASSOCIATION'S MOTION TO DISMISS** to be made via the Court's CM/ECF system and electronically served by the Court upon all counsel of record set up to receive notice via electronic service.

/s/ Sarah H. Walton
An employee of BALLARD SPAHR LLP

BALLARD SPAHR LLP
100 NORTH CITY PARKWAY, SUITE 1750
LAS VEGAS, NEVADA 89106
(702) 471-7000 FAX (702) 471-7070

3

DMWEST #16244078 v2