1
2
3
4                    **UNITED STATES DISTRICT COURT**
5                        **DISTRICT OF NEVADA**
6

7   U.S. BANK NATIONAL ASSOCIATION,          )
                                             )
8            Plaintiff,                       )        Case No. 2:16-cv-02804-JCM-GWF
                                             )
9   vs.                                       )        **ORDER**
                                             )
10  SFR INVESTMENTS POOL 1, LLC, *et al.*,    )
                                             )
11           Defendants.                      )
    _____)
12

13          This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery

14  Plan and Scheduling Order.  The Complaint (ECF No. 1) in this matter was filed on December 6,

15  2016.  Defendant Legacy Village Property Owners Association filed its Motion to Dismiss (ECF

16  No. 9) on February 22, 2017.  Pursuant to LR 26-1, the parties were required to meet and/or confer

17  as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise

18  appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order.

19  To date, the parties have not complied.  Accordingly,

20          **IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and

21  Scheduling Order not later than **April 21, 2017** in compliance with the provisions of LR 26-1 of the

22  Rules of Practice of the United States District Court for the District of Nevada.

23          DATED this 13th day of April, 2017.

24

25          _____
            GEORGE FOLEY, JR.
26          United States Magistrate Judge

27

28