DIANA CLINE EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@kgelegal.com
KIM GILBERT EBRON
*fka Howard Kim & Associates*
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF THE FIRST FRANKLIN MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-FF2,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability corporation; and LEGACY VILLAGE PROPERTY OWNERS ASSOCIATION, a Nevada non-profit corporation,<br><br>Defendants. | Case No. 2:16-cv-02804-JCM-GWF<br><br>**STIPULATION AND ORDER DISMISSING MICHAEL H. SHEALY, ROBERT J. SHEALY and ANDREW SHEALY WITHOUT PREJUDICE** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counter/Cross-Claimant,<br><br>vs.<br><br>U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF THE FIRST FRANKLIN MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-FF2; MICHAEL H. SHEALY, an unmarried man; ROBERT J. SHEALY, an unmarried man; ANDREW SHEALY, an unmarried man, | |

Counter-Defendant/Cross-Defendants.

Cross-Defendants MICHAEL H. SHEALY, ROBERT J. SHEALY and ANDREW SHEALY ("the Shealys") stipulate and agree that they no longer have any interest, ownership or otherwise, in the real property commonly known as **2113 Club Meadows Drive, Henderson, Nevada 89436, APN 178-17-417-033** ("Property"). The Shealys have been informed that the Property was sold on April 2, 2014 by the foreclosure sale conducted by Alessi & Koenig, LLC ("Alessi"), agent for Legacy Village Property Owners Association ("the Association"). The Shealys further stipulate and agree that they will not contest the validity of the resulting foreclosure deed recorded in the Official Records of the Clark County Recorder, Instrument Number 201404040001508 or SFR Investments Pool 1, LLC ("SFR") ownership interest in the Property.

Based on these representations, SFR Investments Pool 1, LLC and the Shealys stipulate and agree that the Shealys shall be dismissed from this action without prejudice, each party to bear its own fees and costs.

Dated this 16 day of Oct, 2017.

**KIM GILBERT EBRON**

DIANA CLINE EBRON, ESQ.
Nevada Bar No. 10580
7625 Dean Martin Dr., Suite 110
Las Vegas, Nevada 89139
Phone: (702) 485-3300
Fax:   (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

Dated this 14 day of OCTOBER, 2017.

**MICHAEL H. SHEALY**

MICHAEL H. SHEALY
927 Strider Drive
Henderson, NV 89015
Phone: 702-275-9916
*Cross-Defendant*

**ROBERT J. SHEALY**

ROBERT J. SHEALY
507 Credence Avenue
Las Vegas, NV 89002
*Cross-Defendant*

- 2 -

| | **ANDREW SHEALY** |
| | *[signature]* |
| | ANDREW SHEALY |
| | 1802 Cahoon Court |
| | Henderson, NV 89014 |
| | *Cross-Defendant* |

## ORDER

UPON STIPULATION of the parties, and good cause appearing therefore, it is hereby ORDERED that Cross-Defendants MICHAEL H. SHEALY, ROBERT J. SHEALY and ANDREW SHEALY shall be dismissed from this action without prejudice, each party to bear its own fees and costs.

DATED this 18th day of October, 2017.

*[signature]* James C. Mahan
UNITED STATES DISTRICT JUDGE

Respectfully submitted:

*[signature]*
Diana Cline Ebron, Esq.
Nevada Bar No. 10580
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Phone: (702) 485-3300
Fax: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*